

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDGAR ORTEGA,<br><br>    Plaintiff,<br><br>vs.<br><br>WARDEN BAKER, *et al.*,<br><br>    Defendants. | 3:12-cv-00685-RCJ-WGC<br><br>ORDER |

    This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Plaintiff has submitted a complaint and seeks leave to proceed *in forma pauperis*. (ECF No. 1). In addition to filing the proper affidavit of inability to pay filing fees, a prisoner seeking to proceed *in forma pauperis* "shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(1), (2). Plaintiff in the instant action has failed to submit an *in forma pauperis* application that provides the necessary financial information. Specifically, plaintiff has failed to submit a financial certificate signed by an authorized prison or jail officer and has failed to submit a certified copy of his prison account statement for the 6-month period immediately preceding the filing of the complaint.

1  **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT
2  PREJUDICE** to the filing of a new complaint in a new action, with a proper *in forma pauperis*
3  application in compliance with 28 U.S.C. § 1915(a).
4  **IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of
5  an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two
6  copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, one copy of instructions for the same,
7  and a copy of plaintiff's civil rights complaint (ECF No. 1-1).
8  **IT FURTHER IS ORDERED** that all pending motions are **DENIED.**
9  **IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis*
10 application in a new action, but he may not file further documents in this action.
11 **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 28th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE